IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KAMAL EL IDRISSI,**

    Petitioner,

v.                                                                    Civil Action No. **3:21CV541**

**ATTORNEY GENERAL,** *et al.*,

    Respondents.

**MEMORANDUM OPINION**

    Petitioner, a federal detainee, filed this 28 U.S.C. § 2241 challenging his continued detention by the Department of Homeland Security and U.S. Immigration and Custom Enforcement ("ICE") pending his removal from the United States. (ECF No. 1, at 1.) A search of ICE's Online Detainee Locator System indicated that Petitioner was no longer in the custody of ICE. Accordingly, by Memorandum Order entered on December 13, 2022, the Court directed Petitioner, within fifteen (15) days of the date of entry thereof, to show cause as to why the action should not be dismissed as moot.

    More than fifteen (15) days have elapsed since the entry of the December 13, 2022, Memorandum Order, and Petitioner has not responded. Accordingly, the action will be DISMISSED AS MOOT.

    An appropriate Final Order shall accompany this Memorandum Opinion

Date: 25 January 2023
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge